ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section
(Cal. State Bar # 233634)
1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6595
    Facsimile: (213) 894-7177
    E-mail: jennifer.resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

E-FILED 9/17/13

#17

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 13-00907-PSG (MRWx) |
| Plaintiff, | [~~PROPOSED~~] **JUDGMENT OF FORFEITURE** |
| v. | |
| $546,250.00 IN U.S. CURRENCY, | |
| Defendant. | |
| EMILIO GARNICKA, | |
| Claimant. | |

1

Plaintiff's Motion for Summary Judgment having been granted by Order of __September 17__, 2013,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered for plaintiff United States of America.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest of claimant Emilio Garnicka and all other potential claimants in and to the defendant $546,250.00 in U.S. Currency ("defendant") is condemned and forfeited to the United States of America. The defendant shall be disposed of in accordance with law.

DATED: This __17__ day of __September__, 2013.

```
                          PHILIP S. GUTIERREZ
                          _____
                          HON. PHILIP S. GUTIERREZ
                          United States District Judge
```

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


_____/s/_____
JENNIFER M. RESNIK
Assistant United States Attorney

Attorneys for Plaintiff
United States of America